UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IRA R. BANKS AND
VERNA BANKS,

    Plaintiff,

v.

                                    Case No. 2:20-CV-01437-JPS

US BANK TRUST ASSOCIATION, ET. AL.,

    Defendants.

## DISCLOSURE STATEMENT

To enable the court to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curia, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Fed. R. Civ. P. 7.1.

The undersigned, counsel of record for Gray & Associates, L.L.P., furnishes the following list in compliance with Fed. R. Civ. P. 7.1:

1) Gray & Associates, L.L.P. f/k/a Gray & End, L.L.P is not an amicus or a corporation; and
2) Gray & Associates, L.L.P., or another undetermined law firm, will appear, or is expected to appear, for the above in this Court.

Dated: February 11, 2021                        GRAY & ASSOCIATES, L.L.P.

                                                            By: */s/ Christoper C. Drout*
                                                                 Christopher C. Drout
                                                                 Bar No.: 1049882
                                                                 GRAY & ASSOCIATES, L.L.P.
                                                                 16345 West Glendale Drive
                                                                 New Berlin, Wisconsin 53151
                                                                Phone: (414) 224-8404
                                                                Fax:   (414) 224-1279
                                                                Email:  cdrout@gray-law.com