UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IRA BANKS and VERNA BANKS,

    Plaintiffs,

v.

U.S. BANK TRUST ASSOCIATION, JAN DOE, JOHN DOE, THE LAW OFFICE OF BEATRICE GARRETT, BEST CARE PROPERTY MANAGEMENT, LATOYA JAMES, DWAYNE TURNER, PALMERHOUSE PROPERTIES REALTY, GREY & END LLP, CITI FINANCIAL MORTGAGE COMPANY, BAY VIEW LOAN SERVICING LLC, MILWAUKEE COMMON COUNCIL MEMBERS, MILELE COGGS, MILWAUKEE COUNTRY OFFICE OF THE SHERIFF, CIT OF MILWAUKEE POLICE DEPT. DISTRICT ONE, OFFICER McINNES, OFFICER GRANBONSKI, CITY OF MILWAUKEE DEPT. OF TRANSPORTATION, and ERIKA LEWIS,

    Defendants.

Case No. 2:20-cv-01437-JPS

Hon. Judge J.P. Stadtmueller

## **DEFENDANT CITIFINANCIAL'S CORPORATE DISCLOSURE**

Defendant CitiFinancial Mortgage Company, Inc., by its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provides the following information concerning its corporate affiliations:

CitiMortgage, Inc. is successor by merger with CitiFinancial Mortgage Company, Inc. 70% of the shares of CitiMortgage, Inc. are owned by Citibank, N.A. and the remaining 30% are owned by Citi Retail Services LLC. 80% of the shares of Citi Retail Services LLC are owned by Citicorp USA, Inc. 20% of the shares of Citi Retail Services LLC are owned by CFNA

Receivables (MD), Inc. Citicorp USA, Inc., CFNA Receivables (MD), Inc. each is a wholly-owned subsidiary of Citibank, N.A. Citibank, N.A. is a wholly-owned subsidiary of Citicorp LLC. Citicorp LLC is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. is a publicly traded corporation.

Dated: February 12, 2021

Respectfully Submitted,

**DYKEMA GOSSETT PLLC**

*/s/ John F. Rhoades*_____
John F. Rhoades (1101196)
*Attorneys for CitiFinancial*
400 Renaissance Center, 37th Floor
Detroit, MI 48243
(313) 568-6628
jrhoades@dykema.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court via the Court's ECF system, which will send notification of such filing to all counsel of record.

*/s/ John F. Rhoades*_____
John F. Rhoades
**DYKEMA GOSSETT PLLC**
*Attorneys for CitiFinancial*
jrhoades@dykema.com