

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

EASTERN DISTRICT-WI
FILED
2021 FEB 24 P 12:32
CLERK OF COURT

Case NO. 20-C-1437     AFFIDAVIT OF MAILING.

STATE OF WISCONSIN )
                               ) ss.
MILWAUKEE COUNTY )

Beatrice Garrett, being first duly sworn on oath deposes and says she is a defendant in the above captioned case and mailed her answer on February 22nd, 2021, affiant mailed properly enclosed in a postage paid envelope, certified mail receipt to the following named person, at the proper post office address set after the respective name to wit:

Ira Banks
3321 North 21st Street
Milwaukee, WI 53206

Dated this 22nd day of February, 2021.

                                                    *Beatrice Garrett*
                                                    Beatrice Garrett, Attorney
                                                    9163 West Hawthorne Ave. #3
                                                    Milwaukee, WI 53226

Subscribed and sworn to before me this
22 day of February, 2021
Notary Public, State of Wisconsin
My commission expires/is permanent:
5/4/24

Bouachon Maly
NOTARY PUBLIC
STATE OF WISCONSIN



Attorney Beatrice Garrett
9163 West Hawthorne Ave. #3
Milwaukee, WI 53226

MILWAUKEE WI 530
22 FEB 2021 PM 3 L

53202-451187

Clerk of Courts
United States Federal Building and Courthouse
517 East Wisconsin Avenue, Rm 362
Milwaukee, WI 53202

SCREENED

U.S. MA...
FEB 24 2019
Milwaukee...

20-cv-01437-JPS   Filed 02/24/21   Page 2 of 2   Docu...