Ira R.Banks
P.O.BOX 6530
Milwaukee,WI 53206

Cell phone # 414-949-3678

March 11,2021

Case No.20-C-1437

Presiding Judge
JP Stadtmuller

TO:Clerk of court
   United States District Court
   Eastern District of Wisconsin
   517 East Wisconsin Ave. Room 362
   Milwaukee,WI 53202

Dear:Clerk of Court
   Enclose for filing affidavits of personal server documents of reasonable diligence personal served process ,in addition to serving the named defendant,s,US Bank trust association,et al.
   Please date an return a copy to Ira R.Banks,plaintiff.in the pre paid postage envelop. to above address.

Thank,s.

Ira R.Banks,power of attorney.

U.S.Postal service certified mail # 7020 3160 0001 0722 7510



U.S. District Court
Wisconsin Eastern

MAR 1 5 2021

RECEIVED
Clerk of Court

Ira R. Banks
3321 N.21st Street
C/O P.O.BOX 6530
Milwaukee,WI 53206

Cell Phone # 414-949-3678

March 11,2021

Case No.20-C-1437

Presiding Judge
JP Stadtmuller

TO: Clerk of court
    United States District Court
    Eastern District of Wisconsin
    517 East Wisconsin Ave.Room 362
    Milwaukee,WI 53202

Rule 4 of the federal rule of civil procedure,Service summons and complaint in civil action.or a motion under rule 12(a)(2)or(3).

Dear:Clerk of Court

    Enclose for filing,affidavit of personal server,Their Service of Summons an Complaint,Exhibits,An motion for injunction file by Ira R. Banks with this U.S.District Court on 9-14-2020.Waiver Service of a summons,Consent to proceed before a magistrate judge on defendant US Bank Trust American Homeowner Preservation Trust SERIES 2014B 819 South Wabash AVe,Suite 606 Chicago,IL 60605.Affidavit Of Server "Could not be located at the above address"In addition attached a photo.<u>Plaintiff did not received photo</u>.IT,S MISSING.
Affidavit of Personal Server of non-service US Bank Trust Association et al for the milwaukee police departments an others are cited by servers. Service of Summons an Complaint,Exhibits,consent to proceed before a magistrate judge,waiver service of a summons,Authorized in the jurisdiction in which service was made in state an out of state. service fee prepaid to server.
Thanks.

                                                *Ira R. Banks*
                                            Ira R.Banks,plaintiff,s
                                            Power of attorney.

U.S.Postal service certified mail.# 7020 3160 0001 0722 7510

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Wisconsin

### AFFIDAVIT OF NON SERVICE

**Case No. 20-C-1437**

This **Summons and Complaint** for *(name of individual and title, if any)*
<u>Ira R. Banks, et al v U.S. Bank Trust Association et al</u>
<u>819 South Wabash, Suite 606, Chicago, IL 60605</u>

was received by me on *(date)*   <u>22 January 2021</u>

____    I personally served the summons on the individual at *(place)*
        on *(date)* ; or   _____

____    I left the summons at the individual's residence or usual place of abode with *(name)*
        a person of suitable age and discretion who resides there,
        on *(date)*, and mailed a copy to the individual's last known address; or

____    I served the summons on *(name of individual)*, who is
        designated by law to accept service of process on behalf of *(name of organization)*
        on *(date)* ; or _____

**XX**   I returned the documents unexecuted because ;   <u>U.S. Bank Trust Association</u>
        <u>could not be located at the above address.</u>

*Additional information regarding attempted service, etc:*   **DUE DILIGENCE**

Service was attempted on 22 January 2021 @ 3:15 P.M. U.S. Bank Trust Association is not located at the above address. A receptionist in suite 606 stated she did not know of any business by that name in the building. The business located in suite 606 is, Debt Cleanse Group Legal Services. See attached photo.

Date:   <u>25 January 2021</u>        I declare under penalty of perjury that this information is true.

_____
*Server's signature*

U.S. District Court
Wisconsin Eastern

MAR 1 5 2021

RECEIVED
Clerk of Court

<u>Glenn David – Process Server – 117-001339</u>
*Printed name and title*

<u>23900 W. Industrial Dr., Suite 3 Plainfield, IL 60585</u>
*Server's address*

Service Fee
$120

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021675
Eastern District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al      **Vs**      US Bank Trust Association, et al
**Case Number:** 20-C-1437

### Documents to be Served:

Summons in a Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, Waiver of the Service Summons, Consent to Proceed Before A Magistrate Judge, Complaint

**Corporation or LLC Served:** The Law Office of Beatrice Garrett

**Served officer, director, a managing agent or registered agent name:** Beatrice Garrett, Owner

**Address Where Served:** 9163 W..Hawthorne Ave. #3, Milwaukee, Wisconsin 53226

**Date and Time Served:** Jan 23, 2021 2:02 PM

**Other Pertinent Information:**

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

SIGNATURE: _____

**PROCESS SERVER'S NAME:** Devin Sura

Fee for service: $50

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this ____ day of _____ , 2021

_____
Notary Public, State of Wisconsin
My Commission Expires: _____

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021781
Eastern District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al    **Vs**    US Bank Trust Association, et al
**Case Number:** 20-C-1437

**Documents to be Served:**

Authenticated Copy of Summons in a Civil Action, Complaint, Consent to Proceed Before A Magistrate Judge

| | |
|---|---|
| **Corporation or LLC Served:** | Best Care Property Management c/o Latoya James |
| **Served person apparently in charge of office or officer, director, or managing agent name:** | T. Neal, Clerk |
| **Address Where Served:** | 3177 N. 29th St, Milwaukee, Wisconsin 53216 |
| **Date and Time Served:** | Jan 27, 2021 10:09 AM |
| **Other Pertinent Information:** | T. Neal advised affiant he is authorized to accept service for Best Care Property Management and Latoya James |

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

**SIGNATURE:** _____

**PROCESS SERVER'S NAME:** Kurt Schultz

**Fee for service:** $50

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this _____ day of _____ 2021

_____
Notary Public, State of Wisconsin
My Commission Expires: _____

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021779
Eastern District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al     **Vs**     US Bank Trust Association, et al
**Case Number:** 20-C-1437

**Documents to be Served:**

Authenticated Copy of Summons in a Civil Action, Complaint, Consent to Proceed Before a Magistrate Judge

| | |
|---|---|
| **Corporation or LLC Served:** | Best Care Property Management c/o Dwayne Turner |
| **Served person apparently in charge of office or officer, director, or managing agent name:** | T. Neal, Clerk |
| **Address Where Served:** | 3177 N. 29th St, Milwaukee, Wisconsin 53216 |
| **Date and Time Served:** | Jan 27, 2021 10:09 AM |
| **Other Pertinent Information:** | T. Neal advised affiant he is authorized to accept service for Best Care Property Management and Dwayne Turner |

I certify that I am an adult resident of the State of Wisconsin, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

**SIGNATURE:** _____

**PROCESS SERVER'S NAME:** Kurt Schultz

Fee for service: $50

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this ____ day of _____, 2021
_____
Notary Public, State of Wisconsin
My Commission Expires: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| IRA R. BANKS, et al<br>*Plaintiff(s)*<br><br>v.<br><br>US BANK TRUST ASSOCIATION, et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No.  20-C-1437<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
PALMARHOUSE property Realty.
TAHA P. Sorcson
Real Estate Agent
1407 Kwan eSaw Dr,
Atlanta, GA 31318

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                          *GINA M. COLLETTI, CLERK OF COURT*

Date: January 12, 2021                                             s/ Amanda S. Chasteen
                                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-C-1437

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Palmer House Property Realty
was received by me on *(date)* 1/22/2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because Bad address - Resident does not ; or
know Tatia Jackson

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/9/2021

Margaret Ruddock
*Server's signature*

Margaret Ruddock
*Printed name and title*

730 Peachtree St #570
Atlanta GA 30308
*Server's address*

Additional information regarding attempted service, etc:

Service Fee
$120

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021676
Eastern District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al     **Vs**     US Bank Trust Association, et al
**Case Number:** 20-C-1437

**Documents to be Served:**

Summons in a Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, Waiver of the Service Summons, Consent to Proceed Before A Magistrate Judge, Complaint

| | |
|---|---|
| **Corporation or LLC Served:** | Gray & End, L.L.P. |
| **Served person apparently in charge of office or officer, director, or managing agent name:** | Mike Riley, Attorney |
| **Address Where Served:** | 16345 W. Glendale Dr, New Berlin, Wisconsin 53151 |
| **Date and Time Served:** | Jan 25, 2021 9:18 AM |
| **Other Pertinent Information:** | |

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

**SIGNATURE:** _____

**PROCESS SERVER'S NAME:** Devin Sura

**Fee for service:** $50

State of Wisconsin, County of Milwaukee

Subscribed and sworn to before me this ____ day of ____, 2021

_____
Notary Public, State of Wisconsin
My Commission Expires: ____

# Affidavit of Process Server

Us District Court or the Eastern District of Wisconsin
(NAME OF COURT)

| Banks | vs Us Bank Trust Association | 20-C-1437 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I Robert Pedroli, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Citi Mortagage Inc.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons, Notice of Lawsuit, Complaint, Exhibits, Motion for Injunction

by leaving with Bonnie Love       Intake Specialst       At
                  NAME                  RELATIONSHIP

☐ Residence _____
             ADDRESS                      CITY / STATE

☑ Business 120 S. Central    Clayton, MO
           ADDRESS             CITY / STATE

On 1/22/21    AT 12:47 PM
   DATE           TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                   DATE
from _____
     CITY        STATE        ZIP

**Manner of Service:**

☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                  DATE   TIME      DATE   TIME

(3) _____ (4) _____ (5) _____
    DATE   TIME       DATE   TIME        DATE   TIME

**Description:** Age 50   Sex F   Race W   Height 5'6   Weight 150   Hair bro   Beard ___   Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 22 day of Jan, 2021, by
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CAROLYN DENT
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
Commission Expires: November 27, 2022
Commission Number: 18097713

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of Mo.

NAPPS
FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Service Fee $120

# AFFIDAVIT OF NON-SERVICE

Job # 2021000509

**Client Info:**

Professional Process Servers, Inc.
342 N. Water Street
SUITE 600
Milwaukee, WI 53202

**Case Info:**

**PLAINTIFF:**
IRA R. BANKS, ET AL
-versus-
**DEFENDANT:**
US BANK TRUST ASSOCIATION, ET AL

DISTRICT COURT

Court Case # **20-C-1437**

**Service Info:**

Date Received by Professional Process Servers, Inc.: 1/22/2021 at 02:43 PM
Service: I Non-Served **Bay View Loan Servicing, LLC**
**SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF LAWSUIT AND REQUEST TO QIAVE SERVICE OF A SUMMONS,**

At Business 4425 PONCE DELEON BLVD. 5TH FLOOR CORAL GABLES, FL 33146
On 1/29/2021 at **03:32 PM**
**Manner of Service:**

[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

**Service was Attempted on:**

**(1) 1/26/2021 at 12:27 PM**, by **HENRY PINTO** Loc: **4425 Ponce Deleon Blvd., 5th Floor, Coral Gables, FL 33146**
Notes: Arrived at location, no front desk, knocked various times on glass door no employees, saw note starting they are not accepting visitors at this time, left card on front desk, proceeded to lobby, spoke with security who assisted me and called upstairs, informed me no one is picking up, most employees are working from home, he provided a phone number 305-854-880 called got voicemail left message. See pics

**(2) 1/29/2021 at 03:32 PM**, by **HENRY PINTO** Loc: **4425 Ponce Deleon Blvd., 5th Floor, Coral Gables, FL 33146**
Notes: Arrived at Lobby for Bayview, no reception no employees, knocked on glass door no one came out

I **HENRY PINTO** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server
**HENRY PINTO**
Lic # **2351**

**Professional Process Servers, Inc.**
342 N. Water Street SUITE 600
Milwaukee, WI 53202

Job # 2021000509

SUBSCRIBED AND SWORN to before me this 30th
day of _January_, 21, by **HENRY PINTO**, Proved
to me on the basis of satisfactory evidence to be the person(s)
who appeared before me by:
[X] physical presence [ ] online presence.

NOTARY PUBLIC for the state of Florida

ALEXANDER H GARCIA
Notary Public - State of Florida
Commission # GG 974693
My Comm. Expires Mar 31, 2024
Bonded through National Notary Assn.

Service Fee
$120




1 of 1

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021783
Eastern District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al **Vs** US Bank Trust Association, et al
**Case Number:** 20-C-1437

**Documents to be Served:**

Authenticated Copy of Summons in a Civil Action, Complaint, Consent to Proceed Before A Magistrate Judge

**Corporation or LLC Served:** Milwaukee Common Council Members c/o Milwaukee, City Clerk

**Served person apparently in charge of office or officer, director, or managing agent name:** Gloria Ware, Communications Director, City of Milwaukee Clerk's Office

**Address Where Served:** 200 E. Wells St. #205, Milwaukee, Wisconsin 53202

**Date and Time Served:** Jan 27, 2021 9:49 AM

**Other Pertinent Information:**

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

**SIGNATURE:** _____

**PROCESS SERVER'S NAME:** Kurt Schultz

**Fee for service:** $50

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this ___ day of _____, 2021

Notary Public, State of Wisconsin
My Commission Expires:

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021784
Eastern District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al  **Vs**  US Bank Trust Association, et al
**Case Number:** 20-C-1437

### Documents to be Served:

Authenticated Copy of Summons in a Civil Action, Complaint, Consent to Proceed Before A Magistrate Judge

| | |
|---|---|
| **Corporation or LLC Served:** | Milwaukee County, Office of the Sheriff |
| **Served person apparently in charge of office or officer, director, or managing agent name:** | Meghan Lemke, Administrative Assistant |
| **Address Where Served:** | 821 W. State St. #304, Milwaukee, Wisconsin 53233 |
| **Date and Time Served:** | Jan 27, 2021 9:30 AM |
| **Other Pertinent Information:** | |

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

**PROCESS SERVER'S NAME: Kurt Schultz**

**Fee for service: $50**

this _____ day of _____, 2021

**CLIENT INVOICE**

2021784

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021787
Eastern District of Wisconsin

## Affidavit of Reasonable Diligence

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al     **Vs**     US Bank Trust Association, et al
**Case Number:** 20-C-1437

### Documents to be Served:

Authenticated Copy of Summons in a Civil Action, Complaint, Consent to Proceed Before A Magistrate Judge

**Person/Business to be Served:** City of Milwaukee Police Department, District 1

**Address(es) Where Service Attempted:** 6680 N. Teutonia Ave., Milwaukee, Wisconsin 53209

### Unsuccessful Attempts:

Jan 27, 2021 10:30 AM     Service of Process for the Milwaukee Police Department is traditionally served at the address; P.O. Carsky of the Milwaukee Police Department advised affiant he could not accept service of process as the Summons and Complaint did not name the Chief of Police and District stations are buildings and cannot be served per the City Attorney's office

**Reason(s) to believe person or business could be served at this(these) address(es):** Address provided by Attorney/Plaintiff

I certify that despite reasonable diligence the above-named person could not be personally served.

**SIGNATURE:** _[signature]_

**PROCESS SERVER'S NAME:** Kurt Schultz

**Fee for service:** $50

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this ___ day of ___ 2021
_[Notary seal: N.A. BETE, Notary Public, State of Wisconsin]_
Notary Public, State of Wisconsin
My Commission Expires: ___

Case 2:20-cv-01437-JPS    Filed 03/15/21    Page 14 of 16    Document 20

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021786
Eastern District of Wisconsin

# Affidavit of Reasonable Diligence

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al     **Vs**     US Bank Trust Association, et al
**Case Number:** 20-C-1437

### Documents to be Served:

Authenticated Copy of Summons in a Civil Action, Complaint, Consent to Proceed Before A Magistrate Judge

| | |
|---|---|
| **Person/Business to be Served:** | City of Milwaukee Police Department, District 4 |
| **Address(es) Where Service Attempted:** | 6680 N. Teutonia Ave, Milwaukee, Wisconsin 53209 |

### Unsuccessful Attempts:

Jan 27, 2021 10:30 AM — Service of Process for the Milwaukee Police Department is traditionally served at the address; P.O. Carsky of the Milwaukee Police Department advised affiant he could not accept service of process as the Summons and Complaint did not name the Chief of Police and District stations are buildings and cannot be served per the City Attorney's office

**Reason(s) to believe person or business could be served at this(these) address(es):** Address provided by Attorney/Plaintiff

I certify that despite reasonable diligence the above-named person could not be personally served.

**SIGNATURE:** _[signed]_

**PROCESS SERVER'S NAME:** Kurt Schultz

**Fee for service:** $50

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this _____ day of _____, 2021

Notary Public, State of Wisconsin
My Commission Expires: _____

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 2021785
Eastern District of Wisconsin

# Affidavit of Reasonable Diligence

**Client:** Ira Banks

**Case Name:** Ira R. Banks, et al **Vs** US Bank Trust Association, et al
**Case Number:** 20-C-1437

## Documents to be Served:

Authenticated Copy of Summons in a Civil Action, Complaint, Consent to Proceed Before A Magistrate Judge

**Person/Business to be Served:** State of Wisconsin Department of Transportation

**Address(es) Where Service Attempted:** 6073 N. Teutonia Ave, Milwaukee, Wisconsin 53209

## Unsuccessful Attempts:

Jan 27, 2021 10:24 AM — An employee of the DMV located at the address advised affiant service of process for The Department of Transportation is to served at the State office in Madison, WI.

**Reason(s) to believe person or business could be served at this(these) address(es):** Address provided by Attorney/Plaintiff

I certify that despite reasonable diligence the above-named person could not be personally served.

**SIGNATURE:** _(signed)_
**PROCESS SERVER'S NAME:** Kurt Schultz
**Fee for service:** $50

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this _____ day of _____, 2021

Notary Public, State of Wisconsin
My Commission Expires: _____