UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 MAY 17 P 12:42
CLERK OF COURT

| | |
|---|---|
| IRA R.BANKS<br>3321 North 21st Street<br>C/O P.O.BOX 6530<br>Milwaukee,WI 53206<br>      Plaintiff,<br><br>VERNA BANKS<br>3321 North 21st Street<br>C/O P.O.BOX 6530<br>Milwaukee,WI 53206<br>      Plaintiff<br>  v.<br>US Bank Trust National Association<br>as Trustee of American Homeowner<br>Preservation Trust Series 2014B,et al.<br>                  Defendant,s | Case No.20-C-1437<br>Presiding Judge<br>JP Stadtmuller<br><br>Default Judgement<br>Fed.R.Civ.P.55 |

   The plaintiff,s move this court for default Judgement against each an all defendants ,parties.
   Defendants fail to answer complaint file in this matter.in violation of Fed. R.Civ.P.12a (2)(2) OR (3),Serve by plaintiff,s On
   Defendant,s ,defendant,s have not submitted to the jurisdiction of this federal court. as required. 20 days to answer complaint
  Defendants fail to send their answer to complaint to Ira R.Banks plaintiff,s.
   This U.S.District Court have fail to schedul <u>MOTION FOR INJUNCTION TO EVICT</u>.File date 9/14/2020 by Ira R.Banks We have been evicted.By state employes with out a court order.All we got from this court clerk,s <u>"WE SCREWED UP"</u>.

              UNITED STATES DISTRICT COURT EASTERN DISTRICT
              OF WISCONSIN CIVIL DOCKET TEXT FOR 20-CV-1437
Their Document file the plaintiff,s do not have in their possession.
Date,s Filed, 2/11/2021 # 5-7
Date    File---2/11/2021 # 8.Certificate of Service Drout Chistopher.

Date    File---2/12/2021 # 10 Rhoades ,John.

Date    File---2/17/2021 # 11 Katheryn M.West.Under 42 U.S.C.1983
                              pursuant to wis.statue 801.11(3)
                              State the attorney general,s office
                              in the capitol,the Adminstration of
                              legal Services division of the wisconsin
                              Department of justice as provided in
                              Fed.R.Civ.P.4(j).
Date    File---2/17/2021 # 12 West,Kathryn,attachment # 1 Certificate
                              of Service.

Date    File---2/17/2021 # 15 Answer to 1 Complaint by law office of
                              Beatrice Garrett(bx)(Entered 2/18/2021).

                            (1)

| | | | |
|---|---|---|---|
| Date | File---2/24/2021 | # 17 | Certificate Of Service by law office of Beatrice Garrett (bx) Entered:02/25/21. |
| Date | File---3/01/2021 | # 19 | Letter from Dwayne Turner re lawsuit (attachments:# 1 Exhibit (bx) Entered 3/02/2021. |
| Date | File---4/19/2021 | # 21 | NOTICE of appearance by Andrew A Jones on behalf of Milwaukee County Office of the Sheriff.Under 42 U.S.C. 1983.Pursuant to Wis.§ 801.11(3) applies, State ,The Attorney General,s Adminstration of legal Service Division of the wisconsin legal Services Division of the Wisconsin Department of Justice as provided in Fed. R.Civ.P.4(j). |
| Date | File---4/19/2021 | # 22 | MOTION for Judgment on the Pleading by Milwaukee County Office of Sheriff. by Jones,Andrew. |
| Datee | File---4/19/2021 | # 23 | Brief in Support filed by Milwaukee County Office of the Sheriff 22 Motion for Judgement on the Pleading Attachment:# 1 Appendix Of Unreported Decision Cited in Support of Defendant,s Motion For Judgement on the Pleading Jones,Anderson. |
| Date | File---4/19/2021 | # 24 | NOTICE of Appearance by James F.Cirincione on behalf ofMilwaukee County Office of the Sheriff Attorne,s. |
| Date | File---4/19/2021 | # 25 | Certificate Of Service by Milwaukee County Office of Sheriff Jones,Andrew. |
| Date | File---4/20/2021 | # 26 | Certificate Of Service by Milwaukee County Office of the Sheriff Jones,Andrew. |

NOTICE IS GIVEN: The Plaintiff,s did not recieve documents that is due ,that,s reference by Civil Docket for Case # 20-CV-1437. **MEMORANDUM:** Before this U.S.District Court Easter District Of Wisconsin.Is stolen property,The victim,s are protected By wis. §46.90 elderly.Picture are on record on file Dwayne Turner defendant, breaking an entering our residents.See Docket # 19,dated 3/1/2021.

Ira R.Banks,,Power of attorney
3321 N.21st Street
C/O P.O.BOX 06530
Milwaukee

Dated 17th May 2021