UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IRA R. BANKS and VERNA BANKS,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK TRUST ASSOCIATION, *as trustee of American Homeowner Preservation Trust Series 2014B*, JOHN/JAN DOE, *as affiliated with Best Care Property Management*, LAW OFFICE OF BEATRICE GARRETT, BEST CARE PROPERTY MANAGEMENT, LATOYA JAMES, DWAYNE TURNER, PALMERHOUSE PROPERTIES REALTY, GRAY & END, L.L.P., CITI FINANCIAL MORTGAGE COMPANY, INC., BAY VIEW LOAN SERVING, LLC, MILWAUKEE COMMON COUNCIL MEMBERS, MILELE COGGS, MILWAUKEE COUNTY OFFICE OF THE SHERIFF, CITY OF MILWAUKEE POLICE DEPT. DISTRICT ONE, OFFICER MCINNES, OFFICER GRABONSKI, JAN DOE, *as affiliated with City of Milwaukee Police Dept. District Four*, CITY OF MILWAUKEE DEPT. OF TRANSPORTATION, ERIKA LEWIS, TATIA P. JACKSON, JAY PITNER, KARLOS ZAMVRANO, SHERIFF DEEDS, JON DOE, *sued as Sheriff* JON DOE, CITY OF MILWAUKEE POLICE DEPT. DISTRICT FOUR, JON DOE, *as affiliated with City of Milwaukee* | Case No. 20-CV-1437-JPS<br><br>**ORDER** |

*Police Dept. District One*, and OFFICER LEWIS,

Defendants.

On October 8, 2021, the Court dismissed this action for lack of subject-matter jurisdiction and failure to serve. (Docket #52, #53); *see also* (Docket #41). On January 18, 2022, Plaintiffs filed a motion to remove and replace the presiding judge. (Docket #58). Because this case is closed, the Court will deny the motion.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion to remove and replace the presiding judge (Docket #58) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 26th day of January, 2022.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge